UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLEOPHIS HALL,

    Plaintiff,

v.                                                         Case No: 14-11133

COUNTY OF GENESEE, et al.,

    Defendants.
    _____/

## JUDGMENT

In accordance with the court's "Opinion and Order Summarily Dismissing Complaint" dated April 24, 2014,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants County of Genesee, et al., and against Plaintiff Cleophis Hall. Dated at Detroit, Michigan, this 24th day of April 2014.

                                                   DAVID J. WEAVER
                                                   CLERK OF THE COURT

                                                     <u>S/ Lisa Wagner</u>
                                               By: Lisa Wagner, Case Manager
                                                    to Judge Robert H. Cleland